**4 - ▮▮▮▮▮ Ambulatory Surgery Center**

Tampa, FL  33614

## Visit Charge Detail

**Date of Service: 3/18/2020**　　　　　　　　　　　　　　　　　　　Date: May 1, 2020

**Account Title:** BURNS, RHONDA (8380)　　　　**Patient:** BURNS, RHONDA   (8380 - 1)

BRADENTON\BAYSHORE GARDENS, FL

**Visit Information**
**Procedure(s):** (Right) ARTHROSCOPY REPAIR VS DEBRIDMENT, SHOULDER ROTATOR CUFF REPAIR
**Performing Physician(s):** ▮▮▮▮▮

**Charge Information**

| Billing Code(s) | Charge Description | Modifiers | Proc Codes | Billed Amt |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |

**Diagnosis Codes:**  S46.091A　　　　　　　　**Total Billed Charges:**　$54,891.60

**Transaction History**

| Tx Date | Description | Tx Amt | Running Balance |
|---|---|---|---|
| 5/1/2020 | 201 - Commercial Billing | $54,891.60 | $54,891.60 |
| | **Balance Due:** | | **$54,891.60** |

# Patient History - Detail

FLORIDA ▬▬▬ LLC

By Date of Service
All Date ranges
All Providers
Show last billed date
All Items

Chart #: ▬▬▬
Patient Name: BURNS,RHONDA       Home Phone:
Address: ▬▬▬                      Office Phone:
City, State, Zip: BRADENTON, FL 34207    Resp. Party: BURNS,RHONDA
                                          Resp. Acct# ▬▬▬

| U Code | Source | I | B | Service Date | Prov | Visit#/Check# | Charge Amount | Paid/Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Grand Total:                                                    $29,775.32   $0.00   $0.00   $29,775.32   $29,775.32

\* U = Unapplied      \* I = Bill Insurance      \* B = Insurance Billed

Generated 5/5/2020 07:28:24 AM

Powered by *AdvancedMD*

Page 1 of 1

05/01/2020  4:40 PM

**Account Financial History By Service Date**
of America

Page 1

**Selections:**
Service Dates:   10/09/2017 - 05/01/2020
Accounts:         213543
Activity Types:   Charges, Payments, Adjustments, Transfers, Refunds

**Type Date Legend:**
Charges - Service Date, Credits - Post Date

| Account | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Type | Name / Description | Provider | Proc Code | Ref Date | Diagnosis | Units | Amount | | | |
| 213543 | | BURNS, RHONDA | | | | | | | | | |

| | PMT: | RFD: | XFR: | ADJ: | CHG: | Units | Amount |
|---|---|---|---|---|---|---|---|
| Account Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,400.00 | 24.00 | 14,400.00 |
| Report Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,400.00 | 24.00 | 14,400.00 |