IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

RHONDA BURNS,

    Plaintiff,

vs.

CASE NO.
DIVISION:

TARGET CORPORATION,
a Foreign Profit Corporation,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL FOR RHONDA BURNS'
BODILY INJURY CLAIM AGAINST DEFENDANT TARGET CORPORATION,
A FOREIGN PROFIT CORPORATION**

COMES NOW the Plaintiff, RHONDA BURNS, by and through the undersigned attorneys, and sues the Defendant, TARGET CORPORATION, a Foreign Profit Corporation, (hereinafter "TARGET") and shows unto this Honorable Court as follows:

1. This is an action for damages in excess of Thirty Thousand and no/100 Dollars ($30,000.00), exclusive of costs and interest, and the Twelfth Judicial Circuit Court in and for Manatee County, Florida, has jurisdiction over this cause and over Defendant TARGET.

2. Defendant TARGET was and is, at all times material to the allegations contained in this Complaint, incorporated in and authorized to conduct business in and about the State of Florida, including in and about Manatee County, Florida.

3. At all times material to the allegations contained in this Complaint, Defendant, TARGET, owned, controlled, maintained and/or operated a TARGET store

located at 6150 14th Street West, Bradenton, Manatee County, Florida 34207 (also known as "subject premises").

4. On or about November 26, 2019, at approximately 6:00 p.m., Plaintiff RHONDA BURNS was a business invitee of Defendant TARGET and, was permitted to be on the described subject premises.

5. On that date and while walking at or near Aisle G26 in the electronics section, in the described subject premises, Plaintiff, RHONDA BURNS, slipped on liquid(s) or liquid type substance(s), fell, and was injured.

6. The Plaintiff, RHONDA BURNS, was not aware of the liquid(s) or liquid type substance(s) on the floor in the subject premises described above and it was not readily visible to the Plaintiff.

7. Defendant TARGET was negligent in one or more of the following ways:

   a. in failing to maintain the floor(s) on the described subject premises, in a reasonably safe condition by removing the liquid(s) or liquid type substance(s) from the floors to prevent invitees such as the Plaintiff from slipping and/or falling; or

   b. in failing to properly or adequately inspect the floors on the described subject premises to ensure said floors were free from liquid(s) or liquid type substance(s); or

   c. in failing to remove the liquid(s) or liquid type substance(s) that caused Plaintiff to slip and fall; or

   d. in failing to post or display warning signs indicating the floor had liquid(s) or liquid type substance(s) on it; or

   e. in failing to adequately train Defendant TARGET employees on the procedures for inspecting and cleaning the floors of the described subject premises; or

   f. was otherwise careless and negligent in maintaining the floor where Plaintiff RHONDA BURNS slipped and fell.

   g. The negligent condition(s) was known to Defendant TARGET or had existed for a sufficient length of time so that Defendant TARGET should have known of it.

  8. Defendant TARGET failed to warn the Plaintiff, RHONDA BURNS, of the liquid(s) or liquid type substance(s) that caused her to slip and fall.

  9. Defendant TARGET owed a duty to the Plaintiff, RHONDA BURNS, as Defendant's business invitee, to maintain the subject premises in a reasonably safe condition and/or to warn of dangerous condition(s) such as the liquid(s) or liquid type substance(s) on the Defendant's subject premise's floor which caused Plaintiff to slip and fall.

  10. As a direct and proximate result of the foregoing, Plaintiff RHONDA BURNS suffered bodily injury and resulting pain and suffering, disability, scarring, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical, and/or surgical and post-surgical therapy, and/or nursing care and treatment and/or aggravation of a previously existing condition, loss of earnings, and/or loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands a judgment for compensatory damages against Defendant and demands costs, interest, and a trial by jury of all issues triable as of right by a jury, and such other relief as this Court may deem appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing has been furnished to the Clerk of Circuit Court, **Manatee County** via www.myflcourtaccess.com pursuant to Florida Supreme Court SC 11-399 on this 23rd day of March 2020 and a copy of same to Defendant, **TARGET CORPORATION, a Foreign Profit Corporation**, care of Registered CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324, with service of process of the Summons, and Complaint.

_____
Shawn A. Goforth
Florida Bar No. 027813
Derek A. Reams
Florida Bar No. 0557137
Leonard A. McCue, P.A.
524 - 9th Street West
Bradenton, FL 34205
(941) 748-1358
Service Email: Qlawservice@QLaw.com
Attorneys for Plaintiffs                6578